IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MAZZANTI, | No. CIV S-06-1101-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On May 19, 2006, the court issued a scheduling order which required plaintiff to file a dispositive motion within 45 days of service of defendant's response to the complaint and certified administrative record. A review of the docket reflects that the certified administrative record and defendant's response were served on August 31, 2006. As of November 17, 2006, plaintiff had not filed a dispositive motion and, on that same day, the court directed plaintiff to show cause in writing, within 20 days, why this action should not be dismissed for lack of prosecution and failure to comply with court orders and rules. In both the May 19, 2006, scheduling order and

1  the November 17, 2006, order to show cause, plaintiff was warned that failure to comply could
2  result in dismissal of the entire action  See Local Rule 11-110.  To date, plaintiff has failed to
3  respond to the order to show cause.
4        A review of the docket also reflects that plaintiff has failed to notify the court
5  regarding consent to proceed before a Magistrate Judge.  Pursuant to Eastern District of
6  California Local Rules, Appendix A, this case is not assigned a District Judge until and unless
7  the court receives affirmative notice that any party does not consent to Magistrate Judge
8  jurisdiction.  Given plaintiff's failure to prosecute this case thus far, it would be futile to direct
9  plaintiff to show cause regarding her failure to notify the court regarding consent.  Therefore, the
10 court will direct the random assignment of a District Judge at this time.  The court will address
11 plaintiff's lack of prosecution by separate findings and recommendations.
12       Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed
13 to randomly assign a District Judge to this case and to update the docket to reflect the new case
14 number.
15 DATED:  January 10, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE